·FRANK BARNETT

v.

DANIEL CRAIG.

*Practice.*

It is improper, upon an appeal from a justice, for the court appealed to, to default appellant and render a judgment thereon, without a trial by jury or any waiver thereof by him, his plea being on file.

[Opinion filed June 27, 1889.]

IN ERROR to the Circuit Court of De Witt County; the Hon. CYRUS EPLER, Judge, presiding.

Messrs. FULLER & INGHAM, for plaintiff in error.

No appearance for defendant in error.

*Per Curiam.*    Plaintiff in error was one of several defendants in a suit before a justice of the peace on what purported to be their joint note, and filed a proper plea denying its execution.    On appeal the Circuit Court defaulted him and rendered judgment thereon, without a trial by jury or any waiver thereof by him.    This was error.    Defendant in error has filed no brief here, and the judgment will be reversed for want of it, under the rule.

*Reversed and remanded.*